IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kelly Scott, | ) | C/A No.: 1:14-4624-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Nurse FNU Dover and Lt. FNU LNU, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, an inmate incarcerated in a North Carolina state prison, brings this 42 U.S.C. § 1983 action alleging violations of his constitutional rights while he was incarcerated at the York County Detention Center ("YCDC"). [ECF No. 1]. On December 5, 2014, the Court ordered Plaintiff to pay the $350 filing fee or complete the enclosed Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240) and Financial Certificate, and to provide the service documents necessary to advance his case. [ECF No. 5]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not file a response. The Court filed a second order on January 12, 2015, asking Plaintiff to pay the $350 filing fee or complete the enclosed Form AO 240 and Financial Certificate, and to provide the service documents necessary to advance his case. [ECF No. 10]. Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on February 5, 2015, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice*

pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    IT IS SO ORDERED.

*J. Michelle Childs*
_____

February 12, 2015                      J. Michelle Childs
Columbia, South Carolina         United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.