AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Kelly Scott, )
*Plaintiff* )
v. )   Civil Action No.   1:14-cv-04624-JMC-SVH
Nurse FNU Dover and Lt. FNU LNU, )
Individual and official capacity, )
*Defendants* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Kelly Scott, shall take nothing of the defendants, Nurse FNU Dover and Lt. FNU LNU, as to the complaint filed and this action is dismissed without prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, which dismissed the action without prejudice.

Date:  February 12, 2015                     *ROBIN L. BLUME, CLERK OF COURT*

                                              s/G. Mills
                                              *Signature of Clerk or Deputy Clerk*